NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
MARK TAKLA (Cal. Bar No. 218111)
Assistant United States Attorney
Terrorism and Export Crimes Section
    United States Attorney's Office
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3591
    Facsimile: (714) 338-3561
    Email:    mark.takla@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

MOHAMMED GIBANI,

    Plaintiff,

    v.

WILLIAM P. BARR, in his official capacity as Attorney General of the United States,
CHRISTOPHER WRAY, in his official capacity, as Director of the Federal Bureau of Investigation,
NICOLA T. HANNA, in his official capacity as United States Attorney,
PATRICK R. FITZGERALD, in his official capacity as Assistant United States Attorney, and
MARK TAKLA, in his official capacity as Assistant United States Attorney,

    Defendants.

No. ED CV 19-01009-JGB (KKx)

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Complaint Served: June 17, 2019
                   June 18, 2019
                   June 25, 2019
                   June 26, 2019
                   July 2, 2019
Responses Due: August 16, 2019
                 August 19, 2019
               August 26, 2019
               September 3, 2019
New Response Date: September 15, 2019

Honorable Jesus G. Bernal
United States District Judge

IT IS HEREBY AGREED AND STIPULATED, by and between Plaintiff, Mohammed Gibani ("plaintiff"), and federal defendants William P.

Barr, Christopher Wray, Nicola T. Hanna, Patrick Fitzgerald, and Mark Takla, all in their official capacities (collectively "federal defendants"),[1] by and through their respective counsel, that the time for the federal defendants to answer, move, or otherwise respond to plaintiff's Complaint in the above-entitled action shall be extended by thirty days, from August 16, 2019 through September 3, 2019, respectively, to September 15, 2019, or such time thereafter as determined by this Court. This Stipulation is entered into for the following reasons.

1. Plaintiff filed his Complaint for an order returning property pursuant to Federal Rule of Criminal Procedure 41(g) seized on March 22, 2017 pursuant to a federal criminal search warrant.

2. The service dates and due dates for defendants' responses, per 5 U.S.C. § 552(a)(4)(C) and Federal Rule of Civil Procedure 12(a)(2), are as follows:

| Defendant | Service Date | Response Due Date |
|---|---|---|
| William P. Barr | June 17, 2019 | August 16, 2019 |
| Christopher Wray | June 18, 2019 | August 19, 2019 |
| Nicola T. Hanna | June 26, 2019 | August 26, 2019 |
| Patrick Fitzgerald | June 25, 2019 | August 26, 2019 |
| Mark Takla | July 2, 2019 | September 3, 2019 |

3. The parties agree to extend the time within which each of the federal defendant is required to move, answer, or otherwise respond to Plaintiff's Complaint by 30 additional days, such that all

---

[1] The action is against five United States officials in their official capacities. As such, it is essentially a suit against the United States. Gilbert v. DaGrossa, 756 F.2d 1455, 1458 (9th Cir. 1985).

2

federal defendants' responses to the Complaint are due on or before **September 15, 2019**.

4. The parties believe they may be able to resolve the issues raised in the Complaint without a decision from the Court. The government is in the process of returning some items to plaintiff seized on March 22, 2017, and obtaining a further court order regarding the retention of the remaining items. This Stipulation is not intended to waive any defenses, including jurisdiction and service.

5. This Stipulation is submitted in good faith and not to unnecessarily interpose delay in this action.

6. This is the federal defendants' first request for an extension of time to respond to the Complaint, which is made pursuant to Central District Local Rule 8-3.

IT IS SO STIPULATED.

Dated: August 16, 2019

Respectfully submitted,

_____
PATRICIA SHNELL
Counsel for Plaintiff
Mohammed Gibani


NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

Dated: August 15, 2019

_____
MARK TAKLA
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

3