MARK TAKLA (Cal Bar No. 218111) - AUSA
411 West Fourth Street, 8th Floor
Santa Ana, CA 92701
Phone: 714-338-3591 / e-mail: mark.takla@usdoj.gov
Attorneys for Plaintiff, United States of America

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MOHAMED GIBANI | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | ED CV 19-01009-JGB (KKx) |
| v. | |
| WILLIAM P. BARR, ET AL., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually [✓] Filed  [ ] Lodged: **(List Documents)**

DOCUMENT FILED UNDER SEAL; and APPLICATION FOR ORDER PERMITTING SEALING OF DOCUMENTS; [PROPOSED] ORDER PERMITTING SEALING OF DOCUMENTS

**Reason:**

[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Per Court order dated: _____
[ ] Other:

September 13, 2019
Date

MARK TAKLA
Attorney Name
UNITED STATES OF AMERICA
Party Represented

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                    NOTICE OF MANUAL FILING OR LODGING